

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00264-CV

———————————————

SANDRA RIES, Appellant

V.

AMERICAN EXPRESS NATIONAL BANK, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2021-00670

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On December 14, 2021, we notified Appellant that her brief had not been filed as required. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and the need for an extension. *See* Tex. R. App. P. 10.5(b)(1), 38.8(a)(1), 42.3(b), 44.3. We have received no response.

Because Appellant has failed to file a brief after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: January 20, 2022